# EXHIBIT C

# TO

# VEROS CREDIT, LLC'S MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362(d)(1)&(2)

# Payment History

**Veros Credit**

| Customer Name | Account Number |
|---|---|
| DWAN RILEY | 1829308 |

| Process Date | Effective Date | Tran Code | Code | Description | Tran Amount | Principal | Interest | Misc | Next Due | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2024-05-04 | 2024-05-04 | 46-L | **** | Debit adjustment late charges | ($215.58) | $0.00 | $0.00 | ($215.58) | | $179,227.79 |
| 2024-04-16 | 2024-04-16 | 30-2 | NSF | Other charge payment | $15.00 | $0.00 | $0.00 | $15.00 | | $179,227.79 |
| 2024-04-16 | 2024-04-16 | 30-A | DACI | Allocation payment | $215.58 | $0.00 | $0.00 | $215.58 | 2024-04-23 | $179,227.79 |
| 2024-04-12 | 2024-04-12 | 30-A | DACI | Allocation payment | $511.79 | $0.00 | $511.79 | $0.00 | 2024-04-23 | $179,227.79 |
| 2024-04-12 | 2024-04-07 | 40-A | CPAY | Allocation payment reversal | ($4,527.37) | ($1,385.06) | ($2,926.73) | ($215.58) | 2024-03-23 | $179,227.79 |
| 2024-04-12 | 2024-04-12 | 46-2 | NSF | Debit adjustment other charges | ($15.00) | $0.00 | $0.00 | ($15.00) | | $177,842.73 |
| 2024-04-11 | 2024-04-11 | 30-A | DACI | Allocation payment | $3,800.00 | $3,502.09 | $297.91 | $0.00 | 2024-04-23 | $177,842.73 |
| 2024-04-07 | 2024-04-07 | 30-A | CPAY | Allocation payment | $4,527.37 | $1,385.06 | $2,926.73 | $215.58 | 2024-04-23 | $181,344.82 |
| 2024-04-03 | 2024-04-03 | 46-L | **** | Debit adjustment late charges | ($215.58) | $0.00 | $0.00 | ($215.58) | | $182,729.88 |
| 2024-02-28 | 2024-02-28 | 30-A | CPAY | Allocation payment | $4,311.79 | $1,586.73 | $2,725.06 | $0.00 | 2024-03-23 | $182,729.88 |
| 2024-01-23 | 2024-01-23 | 30-A | CPAY | Allocation payment | $4,311.79 | $1,488.42 | $2,823.37 | $0.00 | 2024-02-23 | $184,316.61 |
| 2023-12-17 | 2023-12-17 | 30-A | CPAY | Allocation payment | $4,311.79 | $486.44 | $3,825.35 | $0.00 | 2024-01-23 | $185,805.03 |
| 2023-12-04 | 2023-12-04 | 31-5 | | Extension - add-on or simple interest loans | $0.00 | $0.00 | $0.00 | $0.00 | | $186,291.47 |
| 2023-10-28 | 2023-10-28 | 30-A | CPAY | Allocation payment | $4,311.79 | $2,144.93 | $2,166.86 | $0.00 | 2023-11-23 | $186,291.47 |
| 2023-10-19 | 2023-10-19 | 30-A | CPAY | Allocation payment | $215.58 | $0.00 | $0.00 | $215.58 | 2023-10-23 | $188,436.40 |
| 2023-09-30 | 2023-09-30 | 30-A | CPAY | Allocation payment | $4,311.79 | $1,580.49 | $2,731.30 | $0.00 | 2023-10-15 | $188,436.40 |
| 2023-09-26 | 2023-09-26 | 46-L | **** | Debit adjustment late charges | ($215.58) | $0.00 | $0.00 | ($215.58) | | $190,016.89 |
| 2023-08-26 | 2023-08-26 | 30-A | CPAY | Allocation payment | $4,311.79 | $939.60 | $3,372.19 | $0.00 | 2023-09-15 | $190,016.89 |
| 2023-07-14 | 2023-07-14 | 30-A | CPAY | Allocation payment | $4,311.79 | $1,935.26 | $2,376.53 | $0.00 | 2023-08-15 | $190,956.49 |
| 2023-06-14 | 2023-06-14 | 30-A | CPAY | Allocation payment | $4,311.79 | $2,705.21 | $1,606.58 | $0.00 | 2023-07-15 | $192,891.75 |
| 2023-05-25 | 2023-05-25 | 30-A | CPAY | Allocation payment | $4,311.79 | $1,160.39 | $3,151.40 | $0.00 | 2023-06-15 | $195,596.96 |
| 2023-04-16 | 2023-04-16 | 30-A | CPAY | Allocation payment | $4,311.79 | $1,784.11 | $2,527.68 | $0.00 | 2023-05-15 | $196,757.35 |
| 2023-03-16 | 2023-03-16 | 30-A | CPAY | Allocation payment | $4,311.79 | $2,005.66 | $2,306.13 | $0.00 | 2023-04-15 | $198,541.46 |
| 2023-02-16 | 2023-02-16 | 30-A | CPAY | Allocation payment | $4,311.79 | $1,654.48 | $2,657.31 | $0.00 | 2023-03-15 | $200,547.12 |
| 2023-01-15 | 2023-01-15 | 30-A | CPAY | Allocation payment | $4,311.79 | $1,798.40 | $2,513.39 | $0.00 | 2023-02-15 | $202,201.60 |
| 2022-12-27 | 2022-12-16 | 22 | | | $204,000.00 | $204,000.00 | $0.00 | $0.00 | | $204,000.00 |