# EXHIBIT D

# TO

# VEROS CREDIT, LLC'S MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. §362(d)(1)&(2)

# 2019 LAMBORGHINI URUS 4D SUV

ZPBUA1ZL8**KLA05135**

🚗 AutoCheck | CARFAX

 Learn More    🖨 Prin



**Base MMR**

## $165,000

Avg Odometer (mi)
**31,110**

Avg Condition
**4.6**

**MMR Adjustments**    CLEAR

| 🌀 25,000 | ✓ | +$4,110 ▲ |
| 📍 Southeast | ▼ | -$660 ▼ |
| CR 3.0 | ▼ | -$20,560 ▼ |
| 💧 Exterior Color | ▼ | |

Numbers may not add exactly due to rounding
** AutoGrade™ or Manheim Express Grade

**MMR Range**
## $144,000 - $152,000

**Adjusted MMR**
## $148,000 ▼

**Estimated Retail Value**
Based on Cox Automotive Retail Transactions
## $166,000

▼ **Similar Vehicles** VIEW ALL ▶