**Dated: June 27, 2024**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

_____

| | |
|---|---|
| In re<br>DWAN AKOI RILEY,<br>    Debtor. | Case No. 24-21515-L<br>Chapter 13 |

_____

**INTERIM ORDER PENDING FINAL HEARING ON VEROS CREDIT, LLC'S MOTION FOR RELIEF FROM STAY**

_____

This matter came before the Court on June 27, 2024, upon *Veros Credit, LLC's Motion for Relief from Stay Pursuant To 11 U.S.C. §362(D)(1) & (2)* [ECF No. 43] as to its collateral, a 2019 Lamborghini Urus. After statements by counsel for the Creditor, counsel for the Debtor and counsel for the Chapter 13 Trustee, and upon review of the pleadings, it appears to the Court that the Debtor must provide proof of insurance coverage on its collateral to the Creditor by the close of business on **June 27, 2024.** Should the Debtor fail to provide proof of insurance by the close of business on June 27, 2024, the Debtor may not make any use of the vehicle for transportation or other use pending further order of the Court. A final hearing on Veros Credit, LLC's *Motion for Relief* shall be conducted on **July 11, 2024,** at 10:00 a.m. Now, therefore,

**IT IS ORDERED** that the Debtor shall have until the **close of business Thursday, June 27, 2024**, to provide proof of insurance coverage on its collateral to the Creditor, failing which,

the Debtor may not make any use of the vehicle for transportation or other use pending further order of the Court.

**IT IS FURTHER ORDERED** that a final hearing on Veros Credit, LLC's *Motion for Relief* shall be conducted on **July 11, 2024,** at 10:00 a.m. in Courtroom 645, 200 Jefferson Avenue, Memphis, Tennessee.

cc: Debtor
     Attorney for Debtor
     Creditor
     Attorney for the Creditor
     Chapter 13 Trustee
     Matrix