**Dated: December 26, 2024**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:

**Dwan Akoi Riley**

Debtor.

Case No. **24-21515 JDL**
Chapter 11, Subchapter V

**ORDER FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF "AMENDED" PLAN, COMBINED WITH RELATED ORDERS AND NOTICE THEREOF**

An amended plan of reorganization (Plan) under Subchapter V of Chapter 11 of the Bankruptcy Code was filed by Dwan Riley, Debtor, on December 26, 2024.

**IT IS ORDERED**, and notice is hereby given, that:

1. Within three (3) days after the entry of this order, the Debtor shall mail a copy of this order, the Plan and a ballot conforming to Class Ballot for Accepting or Rejecting Plan of Reorganization (Official Form 314) to all creditors, equity holders, and parties in interest, and thereafter, file a certificate of service with the Court no later than ten (10) days after the entry of this order, indicating that these documents have been timely mailed.

2. **January 23, 2025** is fixed as the last day for filing an election of application of § 1111(b)(2) by a class of secured creditors in accordance with TNWB Standing Order 20-01.

3. **January 23, 2025** is fixed as the last day for filing written acceptances or rejections of the Amended Plan. A written summary of ballots must be filed by the Debtor with the Bankruptcy Court and transmitted to the U.S. Trustee no later than **January 27, 2025.**

      4.      **January 23, 2025** is fixed as the last day for filing written objections to the Amended Plan.

      5.      **January 23, 2025** is the date by which an equity security holder or creditor whose claim is based on a security, must be the holder of record of the security, in order to be eligible to vote to accept or reject the Amended Plan.

      6.      **January 23, 2025** is fixed as the last day for filing and serving applications for compensation.

      7.      **January 23, 2025** is the date by which the trustee must file a statement of estimated fees that will be incurred through the confirmation hearing date.

      8.      The hearing on confirmation of the Amended Plan will be held on **January 30, 2025** at **10:15 a.m. in Courtroom 645 at 200 Jefferson Avenue, Memphis, TN 38103.** Creditor attendance is not required; however, your presence would assist the Court if you wish to speak either in support of, or in opposition to, any of the matters before the Court.

CO106